IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MATTHEW LESHINSKY,<br><br>Plaintiff,<br><br>v.<br><br>UTAH OFFICE OF RECOVER SERVICES,<br><br>Defendant. | **ORDER ADOPTING RECOMMENDATION AND DISMISSING CASE**<br><br>Case No. 2:23-cv-00095-BSJ-CMR<br><br>District Judge Bruce S. Jenkins<br><br>Magistrate Judge Cecilia M. Romero |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Cecilia M. Romero on October 11, 2023, recommending this action be dismissed pursuant to Rule 12 because the Court lacks jurisdiction over domestic matters, namely the child support enforcement at issue here. The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service.[1] Plaintiff did not file any objection and no defendant has been served or appeared.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court adopts the recommendation, finding Plaintiff has not alleged any facts to support this Court's jurisdiction over the state child-support matters discussed in his Complaint.

---

[1] *See* R. & R. (ECF No. 11).

2

**ORDER**

Based on the foregoing, the Court ADOPTS the Report and Recommendation and DISMISSES Plaintiff's Complaint without prejudice.

DATED this 6th day of November 2023.

_____
Bruce S. Jenkins
United States District Judge