# United States District Court

District of Utah, Central Division

Matthew Leshinsky,

    Plaintiff,

v.

Utah Office of Recovery Services,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:23-CV-95-BSJ-CMR

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice for lack of jurisdiction.

Dated: November 16, 2023.

By the Court:

*David Sam*

David Sam
United States District Judge